**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| In Re: ) | |
| ) | |
| JAMEY LEE GRANATO, ) | |
| KIMBERLY NGOC GRANATO, ) | |
| Debtors. ) | Case No. 08-21306-RDB-7 |

## REPORT OF SMALL DIVIDENDS IN CHAPTER 7
## PURSUANT TO LOCAL RULE 3010, SEC. 347 U.S. BANKRUPTCY CODE

Pursuant to Local Rule 3010, no dividend in an amount less than $5.00 shall be distributed by the Trustee to any creditor unless authorized by local rule or order of the Court. Any such dividend not distributed to a creditor shall be treated in the same manner as unclaimed funds as provided in Sec. 347 of the Code.

A check has been submitted by U.S. Regular, First-Class Mail made payable to the Clerk of the United States Bankruptcy Court, for deposit into the *Clerk's Registry Account* as unclaimed funds, representing the following small dividends under $5.00:

| Claim # | Creditor Name & Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1B | Kansas Dept. Of Revenue<br>Civil Tax Enforcement<br>PO Box 21005<br>Topeka, KS 66612 | $ 44.24 | $ 3.24 |

*Respectfully Submitted:*

**GRIMES & REBEIN, L.C.**
By: s/ Steven R. Rebein
Steven R. Rebein, KS Bar 12958
15301 W. 87th Street Parkway, Ste 200
Lenexa, KS 66219
(913) 888-4800 - telephone
srebein@grimesandrebein.com
**CHAPTER 7 TRUSTEE**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**Union Bank**

CHECK NUMBER

**106**

Steven R. Rebein, Trustee
Grimes & Rebein, LC
15301 W. 87th St. Pkwy, Suite 200
Lenexa, KS 66219

445 South Figueroa Street, G08-070 / Los Angeles, California 90071

Claim 1B, Payment 7.32369%
Kansas Department of Revenue
Civil Tax Enforcement
P.O. Box 12005

| DATE | AMOUNT |
|---|---|
| 05/01/10 | $***********3.24 |

| CASE NUMBER | DEBTOR |
|---|---|
| 08-21306  RDB | GRANATO, JAMEY LEE<br>GRANATO, KIMBERLY NGOC |

**PAY TO THE ORDER OF**

United States Bankruptcy Court
KS

*Three Dollars And 24/100*

Void After 90 Days

⑈000106⑈ ⑆122000496⑆ 213124 5033⑈